*W. Warren,* attorney general, and *David J. Becker,* assistant attorney general.

No. State 90. STATE, Respondent, v. WILLIAMS, Appellant.

(Also reported in 222 N. W. 2d 709.)

Criminal law. Theft and unrelated counts. Sentence. One year or less for each offense. Designating place of confinement. Misapprehension of sentencing judge. Withdrawal of guilty plea. No manifest injustice, but sentence modified.

The cause was submitted for the appellant on the brief of *John D. Murray* and *Coffey, Murray & Coffey,* all of Milwaukee, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.